## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JAMES LENNON | CIVIL ACTION |
|---|---|
| v. | NO. 12-6701 |
| SHARON HILL BOROUGH, et al. | |

## ORDER RE: MOTION FOR PARTIAL SUMMARY JUDGMENT

**AND NOW**, this 10th day of April, 2014, upon careful consideration of Defendants' Motion for Partial Summary Judgment (ECF No. 26), the briefs and exhibits submitted by both parties, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment is **GRANTED** as to Defendants Scanlan, Hendrick and the Borough of Sharon Hill.

2. Defendants' Motion for Summary Judgment is **DENIED** as to Defendants Mummo, Attix, Herron and Tinsley on Plaintiff's claims of false arrest, false imprisonment, conspiracy and malicious prosecution.

3. Defendants' Motion for Summary Judgment is **GRANTED** as to Plaintiff's claim of intentional infliction of emotional distress.

                                                          BY THE COURT:

                                                          /s/ Michael M. Baylson

                                                          **Michael M. Baylson, U.S.D.J.**